UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-7723-CIV-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERESA A. ALCALA, A/K/A
TERESA A. METTS,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE # 8, 1/30/12). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE # 8, 1/30/12) on or before **March 6, 2012**. The failure to file a response to the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution

(DE # 8, 1/30/12) may result in an Order that the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE # 8, 1/30/12) be granted in its entirety.

    DONE AND ORDERED, in Chambers, in Miami, Florida, this 21st day of February, 2011.

                                                                                _____
                                                                                JOHN J. O'SULLIVAN
                                                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record

Teresa A. Alcala a/k/a Teresa A. Metts
609 Van Ness Ave.
Klamath Falls, OR 97601-1751