UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-7723-CIV-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TERESA A. ALCALA, A/K/A
TERESA A. METTS,

    Defendant.
_____/

## ORDER

THIS MATTER is before the Court on the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE # 8, 1/30/12). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, on February 21, 2012, the undersigned issued an Order (DE # 12) requiring the defendant to respond to the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE # 8, 1/30/12) on or before March 6, 2012. As of the date of this Order, no response has been filed to the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE # 8, 1/30/12). The defendant was

warned in the February 21, 2012, Order that the failure to file a response to the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE # 8, 1/30/12) may result in an Order that the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE # 8, 1/30/12) be granted in its entirety.  The February 21, 2012, Order was sent by Chambers to Teresa A. Alcala a/k/a Teresa A. Metts, 609 Van Ness Ave., Klamath Falls, OR 97601-1751.  Accordingly, it is

ORDERED AND ADJUDGED that the Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE # 8, 1/30/12)is GRANTED.  The defendant shall respond to both the Plaintiff's First Request for Production in Aid of Execution and Interrogatories in Aid of Execution on or before March 27, 2012.

DONE AND ORDERED, in Chambers, in Miami, Florida, this 13th day of March, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Lenard
All counsel of record

Teresa A. Alcala a/k/a Teresa A. Metts
609 Van Ness Ave.
Klamath Falls, OR 97601-1751